IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| CRISTHYAM RIOS URIARTE, and<br>JUAN RAMON RIOS URIARTE, | §<br>§<br>§ | |
| *Petitioners*, | §<br>§ | |
| | § | |
| V. | § | CIVIL ACTION NO. SA-26-CV-00164-FB |
| | § | |
| PAMELA BONDI, *et al.*, | §<br>§ | |
| | § | |
| *Respondents*. | § | |

**ORDER CLOSING CASE AND**
**DISMISSING AS MOOT ORDER FOR OMNIBUS ADVISORY**

Before the Court is the status of the above-styled and numbered cause. On January 27, 2026, the Court entered an Order Granting Petition for Writ of Habeas Corpus (ECF No. 7) and Judgment (ECF No. 8). This case, however, was never administratively closed. On July 9, 2026, the Court issued an Order for Omnibus Advisory (ECF No. 11) directing Federal Respondents to advise the Court on the status of Petitioners' petition for writ of habeas corpus. Because the writ was granted in January, this case shall be administratively closed and the Order for Omnibus Advisory shall be dismissed as moot.

IT IS THEREFORE ORDERED that, pursuant to the Court's Order Granting Petition for Writ of Habeas Corpus (ECF No. 7) and Judgment (ECF No. 8), motions pending with the Court, if any, are Dismissed as Moot and this case is CLOSED.

IT IS FINALLY ORDERED that the Order for Omnibus Advisory (ECF No. 11) is DISMISSED as MOOT.

It is so ORDERED.

SIGNED this 10th day of July, 2026.

_____
FRED BIERY
UNITED STATES DISTRICT JUDGE